### JOSEPH YEOMAN vs. *Charming Molly*, 1752

D Richards Jun$^r$ pro Resp$^{dt}$

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty Held at Newport in the Colony aforesaid on Tuesday the Thirteenth Day of December A. D. 1752

Present The Honble Sam$^{ll}$ Wickham Esq$^r$ Dep$^t$ Judge

The Court being opened.

### LIBEL JOS. YEOMANS vs. SLOOP *Charming Molly*

was read and Plea

A Tender was made in Court by the Respondent Viz$^t$ Twenty three pounds five Shillings which the Plaintiff refused.

Squire was sworn

And after Sundry Debates the Court was adjourn'd untill further notice.